# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1526
Lower Tribunal No. F08-21885
_____


**Blas Garcia-Manriquez,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Blas Garcia-Manriquez, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.